# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:98-CR-00322

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MICHAEL JEROME ORR, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Michael Jerome Orr filed a Motion to Reduce Sentence Under the First Step Act (ECF No. 82). The Court instructs the Government to respond to this Motion within fourteen (14) days of entry of this Order.

**SO ORDERED**.

Signed: March 28, 2023

Graham C. Mullen
United States District Judge